**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1624

GERALDINE SARAN,

Plaintiff - Appellant,

versus

FRANCIS J. HARVEY, Secretary of the Army,

Defendant - Appellee,

and

LES BROWNLEE, Acting Secretary, Department of
the Army; FRED E. ELAM, Major General, UNITED
STATES ARMY, Ret., individually and in his
official capacity; CHANDLER P. ROBBINS, III,
Colonel, UNITED STATES ARMY, Ret.,
individually and in his official capacity,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:05-cv-00727-GBL)

Submitted: September 26, 2006      Decided: September 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Geraldine Saran, Appellant Pro Se.  Steven Michael Ranieri, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Geraldine Saran appeals the district court's order and final judgment granting Secretary of the Army Francis J. Harvey's motion to dismiss for failing to state a claim and for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Saran v. Harvey</u>, No. 1:05-cv-00727-GBL (E.D. Va., filed Apr. 17, 2006; entered Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>